IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF WISCONSIN

---

PAUL RYAN and
OULIANA RYAN,

|  |  |  |
|---|---|---|
| Plaintiffs, | | ORDER |
| v. | | |
| | | 18-cv-298-jdp |

JEFF MARTINO and HEART OF
THE NORTH HOME INSPECTION, INC.,

Defendants.

---

The parties have informed the court that they have reached a settlement. Accordingly, the case is dismissed. Any party may move to reopen the case for good cause.

Entered May 29, 2019.

BY THE COURT:

_____
JAMES D. PETERSON
District Judge